UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND CHRISTIAN FOSS,

    Petitioner,

-vs-                                              Case No. 6:10-cv-445-Orl-28DAB

NINTH JUDICIAL CIRCUIT COURT OF
FLORIDA, et al.,

    Respondents.

## ORDER

This case is before the Court on Petitioner's Motion for Enlargement of Time (Doc. No. 21, filed September 7, 2010). Upon consideration the motion is **GRANTED** as follows: 1) within fourteen (14) days from the date of this Order, Respondents shall serve on Petitioner the documents identified in the motion; and 2) Petitioner shall have sixty (60) days from the date of this Order to comply with paragraph one of the Court's Order of August 18, 2010 (Doc. No. 17).

**DONE AND ORDERED** in Orlando, Florida, this 23rd day of September, 2010.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
sa 8/17
Counsel of Record
Raymond Christian Foss