UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND CHRISTIAN FOSS,

        Petitioner,

-vs-                                        Case No. 6:10-cv-445-Orl-28DAB

NINTH JUDICIAL CIRCUIT COURT OF
FLORIDA, et al.,

        Respondents.

_____

## ORDER

This case is before the Court on Petitioner's Motion for Miscellaneous Relief (Doc. No. 26, filed November 1, 2010). Upon consideration the motion is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida, this 2 day of November, 2010.

                                              JOHN ANTOON II
                                              UNITED STATES DISTRICT JUDGE

Copies to:
sa 11/1
Counsel of Record
Raymond Christian Foss