## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

RAYMOND CHRISTIAN FOSS,

     Petitioner,

v.                                     Case No.  6:10-cv-445-Orl-28DAB

NINTH JUDICIAL CIRCUIT COURT
  OF FLORIDA, et al.,

     Respondents.

_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 46)** |
| **FILED:** | July 8, 2011 |
| **THEREON** it is **ORDERED** that the motion is **DENIED** | |

This Court should grant an application for a certificate of appealability only if

Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C.

§ 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a

constitutional right.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this ___2 5___ day of July,

2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 7/11
Counsel of Record
Raymond Christian Foss

2